An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ASSOCIATED BUILDERS AND
CONTRACTORS NEVADA CHAPTER,
A NEVADA DOMESTIC NON-PROFIT
COOPERATIVE CORPORATION,
Appellant,
vs.
CLARK COUNTY, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA; AND SOUTHERN NEVADA
BUILDING & CONSTRUCTION
TRADES COUNCIL, AN
UNINCORPORATED ASSOCIATION,
Respondents.

No. 65467

**FILED**

JUL 29 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). Further, the oral argument scheduled for September 10, 2014, at 11:30 a.m. is hereby vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Douglas W. Herndon, District Judge
       Parker, Nelson & Associates
       Clark County District Attorney/Civil Division
       McCracken, Stemerman & Holsberry
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-24730